# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| United States of America,   ) | |
|                             ) | **ORDER** |
|            Plaintiff,       ) | |
|                             ) | |
|     vs.                     ) | Case No. 4:12-cr-051 |
|                             ) | |
| Troy Lynn Kartchner,        ) | |
|                             ) | |
|            Defendant.       ) | |

Before the court is a Motion to Amend Release Conditions filed by defendant on November 30, 2013. Citing his compliance with his conditions to date and concerns regarding his employment, defendant requests that the court strike the provisions for electronic monitoring and home confinement from its order of conditions of release.

The court **DENIES** defendant's motion (Docket No. 51). However, the court shall modify the conditions of defendant's release as follows. Defendant's electronic monitoring will be continued. However, defendant is only required to be at his place of residence or other place of temporary domicile as approved by the Pretrial Services Office during his curfew hours. Pretrial Services has in the past, and may continue in the future, to provide such relief from requirements as may be necessary for his employment. In terms of the cost, the court will remove the requirement that he contribute to the cost of his defense retroactive to the date of the court's Order Requiring Payment of Available Private Funds.

**IT IS SO ORDERED.**

Dated this 10th day of January, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court